# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-cr-02737-AJB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| CAROLINE ALEXANDRIA RODRIGUEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Criminal Case No. 20-cr-02737-AJB against defendant CAROLINE ALEXANDRIA RODRIGUEZ be, and hereby is, dismissed without prejudice;

IT IS SO ORDERED.

Dated: September 28, 2020

Hon. Anthony J. Battaglia
United States District Judge